UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROBERT PEARLSTEIN,

          Plaintiff,

-vs-

CIBC WORLD MARKETS,
MICHAEL ATALLAH and NEIL KAMIN,

          Defendants.

------------------------------------------------------------X
MAUSKOPF, United States District Judge

[NOT FOR PUBLICATION]

**ORDER**

CV-07-0495 (RRM)(LB)

The unopposed Report and Recommendation of Magistrate Judge Lois Bloom, dated January 1, 2008, recommending that the undersigned dismiss the above-captioned case for failure to properly serve the defendants in this action, is adopted in its entirety. The action is dismissed without prejudice. The Clerk of Court is directed to close the case.

          SO ORDERED.

          s/RRM

          _____
          ROSLYNN R. MAUSKOPF
          United States District Judge

Dated: Brooklyn, New York
       March 25, 2008